COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## MEMORANDUM ORDER ON
## MOTION FOR EN BANC RECONSIDERATION

Style:              *Carolyn R. Milton, Appellant v. Vinh T. Nguyen, D.D.S., Appellee*

Case number:        01-11-00958-CV

Date motion filed:  August 17, 2012

Party filing motion: Appellant

The motion for en banc reconsideration is denied.

Judge's signature:  /s/ Michael Massengale
                    Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.

Date:               October 2, 2012